MARK J. CONNOT (10010)
COLLEEN E. MCCARTY (13186)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Ste. 700
Las Vegas, NV 89135
Telephone: 702.262.6899
Facsimile:  702.597.5503
mconnot@foxrothschild.com
cmccarty@foxrothschild.com
*Counsel for Defendants Zachary K. Bradford, Lori L. Love, S. Matthew Schultz, Robert P. Beynon, Larry McNeill, and Thomas L. Wood, and Nominal Defendant Cleanspark, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRANDON SMITH, Derivatively on Behalf of CLEANSPARK, INC., <br><br>        Plaintiff, <br><br> v. <br><br> ZACHARY K. BRADFORD, LORI L. LOVE, S. MATTHEW SCHULTZ, LARRY MCNEILL, THOMAS L. WOOD, and ROGER P.BEYNON, <br><br>        Defendants, <br><br> -and- <br><br> CLEANSPARK, INC., a Nevada Corporation, <br><br>        Nominal Defendant. | Case No.: 2:23-cv-00445-GMN-BNW <br><br> **JOINT STIPULATION AND [proposed] ORDER ADJOURNING TIME TO RESPOND TO COMPLAINT** |

Plaintiff Brandon Smith ("Plaintiff"), derivatively on behalf of Nominal Plaintiff CleanSpark, Inc. ("CleanSpark") and Defendants Zachary K. Bradford, Lori L. Love, S. Matthew Schultz, Larry McNeill, Thomas L. Wood, Roger P. Beynon (the "Individual Defendants"), and Nominal Defendant CleanSpark (together with the Individual Defendants, "Defendants") (collectively, with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby enter into the following stipulation and proposed order:

1

100086335.2

1      **WHEREAS**, on February 21, 2023, Plaintiff filed a shareholder derivative complaint (the
2 "Complaint") on behalf of Nominal Plaintiff CleanSpark in the Eighth Judicial District Court of
3 the State of Nevada in and for Clark County (the "State Court"), captioned *Smith v. Bradford, et
4 al.*, Case No. A-23-866051-C (this "Action"); and

5      **WHEREAS**, on March 23, 2023, the Individual Defendants filed a Petition for Removal
6 and Notice of Removal, removing this Action from State Court to the United States District
7 Court for the District of Nevada; and

8      **WHEREAS**, Plaintiff has indicated that he plans to file a motion to remand, which he
9 will notice to be heard by the Court in the normal course (the "Motion to Remand"); and

10      **WHEREAS**, Defendants intend to move to dismiss the Complaint in this Action (the
11 "Motion to Dismiss"); and

12      **WHEREAS**, in order to conserve the resources of the Court and the Parties, the Parties
13 agree to adjourn the deadline for Defendants to respond to the Complaint until after the Court has
14 decided the Motion to Remand.

15      **NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by the Parties
16 hereto, through their undersigned counsel, subject to the approval of the Court, as follows:

17      1.      Defendants' deadline to respond to the Complaint is adjourned until after the
18 Court decides the Motion to Remand.

19      2.      To the extent the Court denies the Motion to Remand, the Parties will submit a
20 proposed briefing schedule for the Motion to Dismiss within seven days of the Court issuing its
21 decision on the Motion to Remand.

22      3.      Other than as agreed herein, the Parties reserve all rights.

*[Signatures on following page]*

DATED: March 28, 2023

**FOX ROTHSCHILD LLP**

*/s/* Colleen E. McCarty
MARK J. CONNOT (10010)
COLLEEN E. MCCARTY (13186)
1980 Festival Plaza Drive, Ste. 700
Las Vegas, NV 89135
mconnot@foxrothschild.com
cmcarty@foxrothschild.com
*Counsel for Defendants*

DATED: March 28, 2023

**MUEHLBAUER LAW OFFICE, LTD.**

*/s/* Andrew R. Muehlbauer
ANDREW R. MUEHLBAUER
7915 West Sahara Avenue, Suite 104
Las Vegas, Nevada 89117
andrew@mlolegal.com
*Counsel for Plaintiff*

## **ORDER**

**IT IS SO ORDERED.**

Dated this  29  day of March, 2023.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

3

100086335.2