MARK J. CONNOT (10010)
COLLEEN E. MCCARTY (13186)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Ste. 700
Las Vegas, NV 89135
Telephone: 702.262.6899
Facsimile:  702.597.5503
mconnot@foxrothschild.com
cmccarty@foxrothschild.com
*Counsel for Defendants Zachary K. Bradford, Lori L. Love, S. Matthew Schultz, Robert P. Beynon, Larry McNeill, and Thomas L. Wood, and Nominal Defendant Cleanspark, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON SMITH, Derivatively on Behalf of CLEANSPARK, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZACHARY K. BRADFORD, LORI L. LOVE, S. MATTHEW SCHULTZ, LARRY MCNEILL, THOMAS L. WOOD, and ROGER P. BEYNON, <br><br> Defendants, <br><br> -and- <br><br> CLEANSPARK, INC., a Nevada Corporation, <br><br> Nominal Defendant. | Case No.: 2:23-cv-00445-GMN-BNW <br><br> (Removal from District Court, Clark County, Nevada, Case No. A-23-866051-C) <br><br> **JOINT STIPULATION AND ORDER ADJOURNING TIME TO RESPOND TO MOTION TO CONSOLIDATE** |

Plaintiff Brandon Smith ("Plaintiff"), derivatively on behalf of Nominal Plaintiff CleanSpark, Inc. ("CleanSpark") and Defendants Zachary K. Bradford, Lori L. Love, S. Matthew Schultz, Larry McNeill, Thomas L. Wood, Roger P. Beynon (the "Individual Defendants"), and Nominal Defendant CleanSpark (together with the Individual Defendants, "Defendants") (collectively, with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby enter into the following stipulation and proposed order:

/ / /

1      **WHEREAS**, on February 21, 2023, Plaintiff filed a shareholder derivative complaint (the "Complaint") on behalf of Nominal Plaintiff CleanSpark in the Eighth Judicial District Court of the State of Nevada in and for Clark County (the "State Court"), captioned *Smith v. Bradford, et al.*, Case No. A-23-866051-C (this "Action"); and

**WHEREAS**, on March 23, 2023, the Individual Defendants filed a Petition for Removal and Notice of Removal (Dkt. No. 1), removing this Action from State Court to the United States District Court for the District of Nevada; and

**WHEREAS**, on March 24, 2023, the Individual Defendants filed a Motion to Consolidate (Dkt. No. 5) asking the Court to consolidate this Action into the consolidated shareholder derivative action pending in the United States District Court for the District of Nevada, *In re CleanSpark, Inc. Derivative Litigation*, Case No. 2:21-cv-01181-GMN-BNW (the "Motion to Consolidate"); and

**WHEREAS**, the Parties agree to extend the deadline for Plaintiff to oppose the Motion to Consolidate (Dkt. No. 6) until on or before April 17, 2023.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by the Parties hereto, through their undersigned counsel, subject to the approval of the Court, as follows:

1. Plaintiff's deadline to oppose the Motion to Consolidate is extended until on or before April 17, 2023.

2. Other than as agreed herein, the Parties reserve all rights.

*[Signatures on following page]*

2

144448618.1

DATED: April 6, 2023

**FOX ROTHSCHILD LLP**

*/s/Colleen E. McCarty*
MARK J. CONNOT (10010)
COLLEEN E. MCCARTY (13186)
1980 Festival Plaza Drive, Ste. 700
Las Vegas, NV 89135
mconnot@foxrothschild.com
cmcarty@foxrothschild.com
*Counsel for Defendants*

DATED: April 6, 2023

**MUEHLBAUER LAW OFFICE, LTD.**

*/s/Andrew R. Muehlbauer*
ANDREW R. MUEHLBAUER
7915 West Sahara Avenue, Suite 104
Las Vegas, Nevada 89117
andrew@mlolegal.com
*Counsel for Plaintiff*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED:  April 16, 2023

3

144448618.1